**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-211-FDW-DCK**

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NORTH CAROLINA; THE NORTH** )<br>**CAROLINA STATE BOARD OF** )<br>**ELECTIONS; KAREN BRINSON BELL,** in )<br>her capacity as the Executive Director of the )<br>North Carolina State Board of Elections; **THE** )<br>**MECKLENBURG COUNTY BOARD OF** )<br>**ELECTIONS; MICHAEL G. DICKERSON,** in )<br>his official capacity as the Director of Elections )<br>for Mecklenburg County; **CAROL HILL** )<br>**WILLIAMS,** in her capacity as the Chair of the )<br>Mecklenburg County Board of Elections; **THE** )<br>**GUILFORD COUNTY BOARD OF** )<br>**ELECTIONS; CHARLIE COLLICUTT,** in his )<br>official capacity as Director of Elections for )<br>Guilford County; and **HORACE KIMEL, JR.,** )<br>in his capacity as Chair of the Guilford County )<br>Board of Elections, )<br>)<br>**Defendants**. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit (T. Russell Nobile)" (Document No. 4) filed by Mark A. Jones, concerning T. Russell Nobile on April 9, 2020. T. Russell Nobile seeks to appear as counsel *pro hac vice* for Plaintiff Judicial Watch, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. T. Russell Nobile is hereby admitted *pro hac vice* to represent Plaintiff Judicial Watch, Inc.

Signed: April 9, 2020

David C. Keesler
United States Magistrate Judge