IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA; THE NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her capacity as the Executive Director of the North Carolina State Board of Elections; THE MECKLENBURG COUNTY BOARD OF ELECTIONS; MICHAEL G. DICKERSON, in his official capacity as the Director of Elections for Mecklenburg County; CAROL HILL WILLIAMS, in her capacity as the Chair of the Mecklenburg County Board of Elections; THE GUILFORD COUNTY BOARD OF ELECTIONS; CHARLIE COLLICUTT, in his official capacity as Director of Elections for Guilford County; and HORACE KIMEL, JR., in his capacity as Chair of the Guilford County Board of Elections.<br><br>    Defendants. | Civil Action No. 3:20-cv- 211 |

## NOTICE OF CONSENT

Plaintiff Judicial Watch, Inc., by and through counsel, files this Notice of Consent regarding the *Motion for Extension of Time to File Answer or Otherwise Plead* of defendants State of North Carolina; the North Carolina State Board of Elections; and Karen Brinson Bell, in her capacity as the Executive Director of the State Board of Elections (the State Defendants). (Doc. No. 13.) Plaintiff fully consents to the granting of an Order extending the time to file an answer or to otherwise plea until June 4, 2020, as requested by the State Defendants.

Respectfully submitted, this the 20th day of April, 2020.

*/s/ Mark A. Jones*
Mark A. Jones
N.C. State Bar # 36215
BELL, DAVIS & PITT, P.A.
227 W. Trade Street, Suite 1800
Charlotte, North Carolina 28202
Phone: (336) 722-3700
mjones@belldavispitt.com

Robert D. Popper
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
rpopper@judicialwatch.org

Eric Lee
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
elee@judicialwatch.org

T. Russell Nobile
JUDICIAL WATCH, INC.
Post Office Box 6592
Gulfport, Mississippi 39506
Phone: (202) 527-9866
rnobile@judicialwatch.org

H. Christopher Coates
934 Compass Point
Charleston, South Carolina 29412
Phone: (843) 609-7080
curriecoates@gmail.com