# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Judicial Watch, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:20-cv-211 |
| North Carolina, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenors The League of Women Voters of N.C. & The N.C. A. Philip Randolph Institute.

Date: 04/22/2020

*Attorney's signature*

Jeffrey Loperfido, NC Bar No. 52939
*Printed name and bar number*
Southern Coalition for Social Justice
1415 W. N.C. Highway 54, Ste. 101
Durham, NC 27707

*Address*

jeffloperfido@scsj.org
*E-mail address*

(919) 794-4213
*Telephone number*

(919) 908-1525
*FAX number*

# CERTIFICATE OF SERVICE

I certify that on the 22nd day of April, 2020 the foregoing Notice of Appearance was served upon all parties in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure by the methods indicated in the attached Service List.

*/s/ Jeffrey Loperfido*
Jeffrey Loperfido

# SERVICE LIST

Eric W. Lee
Judicial Watch, Inc.
425 Third Street, SW, Suite 800
Washington, DC 20024
202-646-0008
Email: elee@judicialwatch.org
*Attorney for Plaintiff*
*Served by CM/ECF Notification*

Robert D. Popper
Judicial Watch, Inc.
425 Third Street, SW, Suite 800
Washington, DC 20817
202-646-5173
Fax: 202-646-5199
Email: rpopper@judicialwatch.org
*Attorney for Plaintiff*
*Served by CM/ECF Notification*

T. Russell Nobile
Judicial Watch Inc.
P.O. Box 6592
Gulfport, MS 39506
228-223-7820
Email: Rnobile@judicialwatch.org
*Attorney for Plaintiff*
*Served by CM/ECF Notification*

John Mark Payne
Guilford County Attorney's Office
301 West Market Street
PO Box 3427
Greensboro, NC 27402
(336) 641-3686
Fax: (336) 641-3642
Email: mpayne@guilfordcountync.gov
*Attorney for Defendants Guilford County Board of Elections, Charlie Collicutt, and Horace Kimel, Jr.*
*Served by CM/ECF Notification*

H. Christopher Coates
934 Compass Point
Charleston, SC 29412
843-609-7080
Attorney for Plaintiff
*Served by electronic mail to curriecoates@gmail.com with consent of counsel*

Mark A. Jones
Bell, Davis & Pitt P.A.
100 North Cherry St., Ste 600
Winston-Salem, NC 27101
336-714-4122
Fax: 336-714-4101
Email: mjones@belldavispitt.com
*Attorney for Plaintiff*
*Served by CM/ECF Notification*

Paul M. Cox
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
919-716-6932
Fax: 919-716-6763
Email: pcox@ncdoj.gov
*Attorney for Defendants State of North Carolina, North Carolina State Board of Elections, and Karen Brinson Bell*
*Served by CM/ECF Notification*

Mike Barnhill
Womble Bond Dickinson (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
704-331-4960
Email: Mike.Barnhill@wbd-us.com
*Attorney for Defendants Mecklenburg County Board of Elections, Michael G. Dickerson, and Carol Hill Williams*
*Served by electronic mail with consent of counsel*