IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTH CAROLINA AND THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al. <br><br> Defendants. | Civil Action No. 3:20-cv-211-RJC |

**MOTION FOR ORAL ARGUMENT
REGARDING MOTIONS TO DISMISS**

NOW COMES Plaintiff Judicial Watch, Inc. ("Plaintiff"), by and through undersigned counsel, respectfully requesting that the Court allow oral arguments regarding the pending Motions to Dismiss, (Doc. Nos. 38-39.) In support of this Motion, Plaintiff states as follows:

1. The Complaint in this matter was filed on April 9, 2020. (Doc. No. 1.)

2. On July 27, 2020, defendants North Carolina, the North Carolina State Board of Elections, Karen Brinson Bell (Executive Director of the State Board of Elections), the Guilford County Board of Elections, Charlie Collicutt, and Horace Kimel, Jr. filed a Motion to Dismiss Plaintiff's Complaint. (Doc. No. 38.) The same day, defendants Mecklenburg County Board of Elections, Michael G. Dickerson, and Carol Hill Williams filed a Motion to Dismiss Plaintiff's Complaint. (Doc. No. 39.)

3. By Order of August 31, 2020, Plaintiff filed a single-consolidated Response Brief of September 9, 2020. (Doc. Nos. 50-51.)

4. On October 7, 2020, defendants collectively filed a consolidated Reply Brief. (Doc. No. 54.)

5. Within the Local Rules Governing Civil Cases, LCvR 7.1(a) explains that "[m]otions ordinarily will be ruled on without oral argument." In this case, however, Plaintiff believes oral argument would be useful to the Court given the number of parties and the issues presented.

6. Counsel for Plaintiff has conferred with counsel for all defendants, who states that the defendants "do not believe oral argument is necessary, given the extensive written submissions to the Court[, b]ut we defer to the Court on whether oral argument would be beneficial to the Court's decision."

7. This motion is made in good faith and not for the purposes of delay.

WHEREFORE, Plaintiff Judicial Watch, Inc. respectfully requests that this Honorable Court allow oral arguments regarding the pending Motions to Dismiss.

Respectfully submitted, this 16th day of October, 2020.

*/s/ Mark A. Jones*

Mark A. Jones, Esq.
BELL, DAVIS & PITT, P.A.
N.C. STATE BAR # 36215
BELL, DAVIS & PITT, PA
227 W. Trade Street, Suite 1800
Charlotte, North Carolina 28202
Phone (336) 722-3700
Fax (336) 714-4101
Email: mjones@belldavispitt.com