IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-211-RJC-DCK

| JUDICIAL WATCH, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| STATE OF NORTH CAROLINA et. al, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 56) filed by Hilary Harris Klein, concerning Stuart Naifeh on January 21, 2021. Stuart Naifeh seeks to appear as counsel *pro hac vice* for Intervenor Defendants the League of Women Voters and the North Carolina A. Philip Randolph Institute. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 56) is **GRANTED**. Stuart Naifeh is hereby admitted *pro hac vice* to represent Intervenor Defendants.

Signed: January 22, 2021

David C. Keesler
United States Magistrate Judge