IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-211-RJC-DCK

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Stay Proceedings For 60 Days To Allow Parties To Finalize Settlement Agreement" (Document No. 67) filed October 20, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Stay Proceedings For 60 Days To Allow Parties To Finalize Settlement Agreement" (Document No. 67) is **GRANTED**. This matter is hereby stayed for 60 days, up to and including **December 19, 2021**.

**SO ORDERED**.

Signed: October 20, 2021

David C. Keesler
United States Magistrate Judge