# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Judicial Watch, Inc., | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00211-RJC-DCK |
| vs. | |
| North Carolina State Board of Elections<br>Karen Brinson Bell<br>Mecklenburg County Board of Elections<br>Michael G. Dickerson<br>Horace Kimel Jr.<br>Carol Hill Williams<br>State of North Carolina<br>Guilford County Board of Elections<br>Charlie Collicutt, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2022 Order.

March 7, 2022

Frank G. Johns, Clerk
United States District Court